No. 11–8426. DENNIS *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11M63. PLITT *v.* YATES, WARDEN;

No. 11M64. WILLIAMS *v.* DELIA;

No. 11M69. LEVY *v.* COHEN, CHAIRMAN, BOARD OF REGENTS OF STATE OF NEW YORK, ET AL.;

No. 11M73. COUNCIL ET UX. *v.* NEW YORK CITY SOCIAL SERVICE ET AL.;

No. 11M74. HAZIZ *v.* HOLDER, ATTORNEY GENERAL; and

No. 11M75. TRACY *v.* FRESHWATER ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M65. LAHRICHI *v.* LUMERA CORP. ET AL. Motion for leave to file petition for writ of certiorari with the supplemental appendix under seal denied without prejudice to filing a renewed motion together with either a redacted supplemental appendix or an explanation as to why the supplemental appendix may not be redacted within 30 days.

No. 11M66. M. H. *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari with the supplemental appendix under seal granted.

No. 11M67. LATIF *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. Motion for leave to file petition for writ of certiorari under seal granted.

No. 11M68. NORWOOD *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. Motion for leave to proceed as a veteran denied.

No. 11M70. WORTH *v.* MALANCA. Motion for leave to proceed *in forma pauperis* with declaration of indigency under seal denied.

No. 11M71. WAGGONER *v.* KLINE ET AL.; and

No. 11M72. WAGGONER *v.* GOWDY ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 126, Orig. KANSAS *v.* NEBRASKA ET AL. Motion of the Special Master for allowance of fees and disbursements granted,